## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

JEFFREY CRISTINA,

Petitioner

No. 183 WAL 2015

Petition for Allowance of Appeal from the **Published Opinion and Order** of the Superior Court at No. 601 WDA 2013, at 114 A.3d 419 (Pa. Super. 2015) exited April 14, 2015, **reversing** the Order of the Allegheny County Court of Common Pleas at Nos. CP-02-CR-0001478-1976, CP-02-CR-0002462-1976 and CP-02-0002464-1976 exited March 20, 2013.

## ORDER

**PER CURIAM**

**AND NOW**, this 11th day of February, 2016, The Petition for Allowance of Appeal is **GRANTED** on the issue of whether Petitioner's sentence violates the prohibition against mandatory life sentences for juvenile offenders announced by the Supreme Court of the United States in *Miller v. Alabama*, 567 U.S. ___, 132 S. Ct. 2455 (2012). As a result of the recent holding by that Court that *Miller* must be applied retroactively by the States, *see Montgomery v. Louisiana*, 2016 WL 280758 (U.S. Jan. 25, 2016), the Superior Court's order is **VACATED**, and the case is **REMANDED** for further proceedings consistent with *Montgomery*.

To the extent necessary, leave is to be granted to amend the post-conviction petition to assert the jurisdictional provision of the Post Conviction Relief Act extending to the recognition of constitutional rights by the Supreme Court of the United States which it deems to to be retroactive. *See* 42 Pa.C.S. §9545(b)(1)(iii).

Mr. Justice Eakin did not participate in the consideration or decision of this matter.